**Tammy Hussin (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**760 676 4001**
**866 565 1327 facsimile**
thussin@AttorneysForConsumers.com
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Arlene Wiseman** | ) Case No. 3:08-cv-01467-JLS-WMC |
| | ) |
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| vs. | ) |
| | ) Honorable Janis L Sammartino |
| **Pinnacle Financial Group, Incorporated** | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOW COME THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. A Stipulation to Dismiss and Order will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 4th day of September, 2008

By: s/Tammy Hussin
Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
760 676 4001
866 565 1327 facsimile
thussin@AttorneysForConsumers.com
Attorney for Plaintiff

Notice of Settlement - 1

Filed electronically on this 4th day of September, 2008, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Janis L Sammartino
US District Court – Southern District of California
940 Front Street
San Diego, CA 92101-8900

This 4th day of September, 2008.

s/Tammy Hussin
Tammy Hussin